PRINTZ, Appellant, v. CAMPBELL et al., Respondents. (City Court of New York, General Term. March 28, 1899.) Action by one Printz against Hotchkiss and Campbell, impleaded. From a judgment for defendants, plaintiff appeals. Affirmed. Wm. C. Reddy, for appellant. Wm. E. Stewart, for respondents.

HASCALL, J. The plaintiff clearly shaped his own course as to dealings with the respondent

and his co-defendant, Hotchkiss. He sold and delivered goods with eyes open as to whom he was actually dealing with, and the record but confirms this statement. We find no error committed by the court below, and think the complaint properly dismissed. Judgment and order appealed from affirmed, with costs.